UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 21 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CHRIS LANGER,<br><br>   Plaintiff - Appellant,<br><br> v.<br><br>MILAN KISER, in individual and representative capacity as trustee of the Milan and Diana Kiser Revocable Trust dated August 19, 2003 and DIANA KISER, in individual and representative capacity as trustee of the Milan and Diana Kiser Revocable Trust dated August 19, 2003,<br><br>   Defendants - Appellees,<br><br> and<br><br>FRANK P. ROFAIL; et al.,<br><br>   Defendants. | No. 21-55183<br><br>D.C. No. 3:18-cv-00195-BEN-AHG<br>U.S. District Court for Southern California, San Diego<br><br>**ORDER** |

  The order, Docket Entry 60, filed on February 17, 2023, is stricken. Amicus Curiae Lolas Chicken Shack LLC did not obtain consent from all parties to file an amicus brief as required by Fed. R. App. P. 29(a)(2) or 9th Cir. R. 29-2(a).

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Kevin Wing Gee
Deputy Clerk
Ninth Circuit Rule 27-7